USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VDARE Foundation, Inc.,

                **Plaintiff,**

    -against-

Facebook, Inc.,

                **Defendant.**
-----------------------------------------------------------------x

1:21-cv-3933 (ALC)

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' letters in connection with Defendant Facebook, Inc.'s ("Facebook") request for an extension to answer or otherwise respond to the Complaint until **October 13, 2021** and a stay of that deadline pending this Court's decision on Facebook's intended motion to transfer. ECF Nos. 9, 10. Facebook is hereby **ORDERED** to respond to Plaintiff VDARE Foundation, Inc.'s ("VDARE") letter in opposition, ECF No. 10, no later than **September 27, 2021**. VDARE may file a response (if any) no later than **September 29, 2021**.

**SO ORDERED.**

**Dated:** Sept. 24, 2021
**New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**