USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_11/12/2021\_\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
VDARE FOUNDATION, INC.,                         :
                                                :
                        **Plaintiff,**           :
                                                :   **21-CV-3933 (ALC)**
        -against-                               :
                                                :   **ORDER**
FACEBOOK, INC.,                                 :
                                                :
                        **Defendant.**          :
                                                :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant Facebook Inc.'s submission regarding an extension of time to file its answer or respond to Plaintiff VDARE Foundation, Inc.'s complaint, and Plaintiff's opposition to this request. *See* ECF Nos. 9,10,12,13,14. Defendant's request is hereby GRANTED. Defendant's response is due by **Friday, December 3, 2021.** In light of Defendant's applications for an extension and the instant Order, Plaintiff's request to the Clerk of Court for a Certificate of Default is improper. ECF No. 17.

The Court is also in receipt of Defendant's letter motion for a pre-motion conference regarding an anticipated motion to transfer. ECF No. 15. As of date, the Court has not received Plaintiff's response. Plaintiff is ordered to respond to Defendant's request no later than **Wednesday, November 17, 2021.** Defendant's deadline to move or answer is stayed pending a decision on the request for a pre-motion conference. The Clerk of Court is respectfully directed to terminate ECF Nos. 9 and 19.

**SO ORDERED.**

**Dated:   November 12, 2021**
**          New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**