USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
VDARE FOUNDATION, INC.,  :
                                                     **Plaintiff,**  :
                                                                 :  21-CV-3933 (ALC)
     -against-  :
                                         :  **AMENDED ORDER**
FACEBOOK, INC.,  :
                                     **Defendant.**  :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      Due to a clerical error, the Order at ECF No. 31 adjourned Plaintiff's opposition to January 13, 2022, instead of the requested date of January 27, 2022. The Court hereby amends the Order at ECF No. 31 and extends the opposition deadline to January 27, 2022. Defendant's reply remains due by February 10, 2022.

**SO ORDERED.**

Dated:    **December 22, 2021**
            **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**