USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/2/22_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

**VDARE FOUNDATION, INC.,**

                      **Plaintiff,**

    **-against-**

**FACEBOOK, INC.,**

                      **Defendant.**

------------------------------------------------------------------ x

**21-CV-3933 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephone conference in this case on August 15, 2022 at 1:00 p.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

**SO ORDERED.**

**Dated:    August 2, 2022**
            **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**