```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/15/22____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
VDARE FOUNDATION, INC.,                          :
                                                 :
                **Plaintiff,**  :
                                                 :   21-CV-3933 (ALC)
   -against-                                   :
                                                 :   **ORDER**
FACEBOOK, INC.,                                  :
                                                 :
                **Defendant.**  :
                                                 :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

     For the reasons stated on the record at today's hearing, Defendant's motion to transfer is granted. The Clerk of Court is directed to terminate ECF No. 26, to transfer this action to the United States District Court for the Northern District of California, and to close the case on this Court's docket.

**SO ORDERED.**

Dated:    **August 15, 2022**
              **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**